IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Leonard Needelman, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>Mildred Rivera, Warden, )<br>)<br>Respondent. )<br>_____) | Civil Action No.: 4:11-cv-1273-TLW-TER |

# ORDER

On May 26, 2011, the petitioner, Leonard Needelman ("petitioner"), proceeding pro se, filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. # 1). The case was referred to United States Magistrate Judge Thomas E. Rogers, III pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02(B)(2), DSC.

This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by the Magistrate Judge to whom this case had previously been assigned. (Doc. # 22). On November 23, 2011, the Magistrate Judge issued the Report. In the Report, the Magistrate Judge recommends that the District Court dismiss this petition with prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute. (Doc. # 22). The petitioner filed no objections to the Report. Objections were due on December 12, 2011.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. §

1

636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation. It is hereby **ORDERED** that the Magistrate Judge's Report is **ACCEPTED**. (Doc. # 22). For the reasons articulated by the Magistrate Judge, this petition for a writ of habeas corpus under 28 U.S.C. § 2241 is **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**IT IS SO ORDERED**.

                                                           s/Terry L. Wooten
                                                 United States District Judge

January 30, 2012
Florence, South Carolina